UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 2:20-cv-10105-ODW-MAA | Date: January 21, 2022 |
| Title: Raymond Tafolla, Jr. v. J. Pickett | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 36)

On November 2, 2020, the Court received and filed Petitioner Raymond Tafolla, Jr.'s ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Section 2254") ("Petition"). (Pet., ECF No. 1.) The Petition alleges two grounds for federal habeas corpus relief challenging a 1999 criminal judgment: (1) the trial court entered an unauthorized sentencing enhancement and (2) the trial court imposed restitution without assessing Petitioner's ability to pay. (*Id.* at 3[1]; *see also* Petition Memorandum of Points & Authorities ("Petition MP&A"), ECF No. 2.)

On November 18, 2021, Respondent filed a Motion to Dismiss the Petition, arguing that Petitioner's claims are untimely and fail to present a cognizable basis for federal habeas relief, and further arguing that Ground One is unexhausted ("Motion to Dismiss"). (Mot. to Dismiss, ECF No. 36.) Respondent also filed several lodged documents ("LD") in support of the Motion to Dismiss. (LDs, ECF No. 37-1–37-10.)

Petitioner's Opposition to Respondent's Motion to Dismiss was due no later than thirty days after service of the Motion to Dismiss. (ECF No. 29 at 5.) To date, Petitioner has not filed an Opposition.

Petitioner is **ORDERED TO SHOW CAUSE** by **February 22, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion

---

[1] Pinpoint citations of documents in this Order refer to the page numbers appearing in the ECF-generated headers.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-cv-10105-ODW-MAA                                              Date:  January 21, 2022

Title:     Raymond Tafolla, Jr. v. J. Pickett

on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

     Alternatively, Petitioner may request to dismiss this action voluntarily pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)) to this Order.

     Petitioner is advised that failure to file an Opposition to the Motion by **February 22, 2022** may be construed as consent to the granting of the Motion and will result in a recommendation that the lawsuit be dismissed.  *See* C.D. Cal. L.R. 7-12.  Petitioner also is advised that failure to comply with this Order by **February 22, 2022** may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.  *See* C.D. Cal. L.R. 41-1.

     It is so ordered.

Attachments
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))