UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TAFOLLA, JR., <br><br> Petitioner, <br><br> v. <br><br> J. PICKETT, Warden, <br><br> Respondent. | Case No. 2:20-cv-10105-ODW (MAA) <br><br> **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

## BACKGROUND

On November 2, 2020, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (ECF No. 1.) The Petition challenged a sentence enhancement and a restitution order that were imposed as part of Petitioner's judgment of criminal conviction, which became final in 2000. (*Id*. at 2-3; ECF No. 36 at 13.)

On November 18, 2021, Respondent filed a Motion to Dismiss the Petition on multiple grounds: the Petition was untimely by several years, it failed to state any cognizable claims for federal habeas relief, and it was partially unexhausted. (ECF No. 36.) Petitioner did not file an Opposition. Instead, on March 1, 2022,

///

Petitioner filed a request for voluntary dismissal of the action in its entirety, pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 41.)

On March 8, 2022, the Court issued an order permitting Petitioner to file an optional response as to whether he wished to continue with this action. (ECF No. 42.) The Court gave Petitioner a deadline of April 7, 2022 to respond. Petitioner did not respond to the order.

## ORDER

Petitioner's request for voluntary dismissal of the action in its entirety (ECF No. 41) is **GRANTED**. It is ordered that the action is dismissed without prejudice.

DATED: __May 10, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE