JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TAFOLLA, JR.<br><br>    Petitioner,<br><br>    v.<br><br>J. PICKETT, Warden,<br><br>    Respondent. | Case No. 2:20-cv-10105-ODW (MAA)<br><br>**JUDGMENT** |

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 10, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE